UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 28 AM 11: 10
CLERK, U.S. DISTRICT C.
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 2291 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Jorge MARTINEZ-Alvarado ) | Attempted Entry After Deportation |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **July 25, 2008**, within the Southern District of California, **Jorge MARTINEZ-Alvarado**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this **28**th day of **July, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Sergio Barron, declare under penalty of perjury the following to be true and correct:

On July 25, 2008, at approximately 0410 hours, a male individual later identified as **Jorge MARTINEZ-Alvarado (Defendant)** attempted to enter the United States from Mexico at the San Ysido, California Port of Entry vehicle lanes. A Customs and Border Protection (CBP) officer discovered Defendant who was one of three undocumented aliens concealed in the trunk of a 1996 Chrysler Cirrus driven by Ruben Cortez. CBP officers escorted Defendant, occupants, and vehicle to secondary for further inspection.

Defendant was queried by fingerprint and photograph through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported alien.

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant is a citizen of Mexico with no legal documents to enter the United States. CIS and DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about March 17, 2008. Immigration service records also indicated no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

Executed on this **25**th day of **July, 2008** at **1700** hours.

_____
Sergio Barron / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** pages, I find probable cause to believe that the defendant named therein committed the offenses on **July 25, 2008** in violation of Title 8, United States Code, Section 1326.

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Sergio Barron, declare under penalty of perjury the following to be true and correct:

On July 25, 2008, at approximately 0410 hours, a male individual later identified as **Jorge MARTINEZ-Alvarado (Defendant)** attempted to enter the United States from Mexico at the San Ysido, California Port of Entry vehicle lanes. A Customs and Border Protection (CBP) officer discovered Defendant who was one of three undocumented aliens concealed in the trunk of a 1996 Chrysler Cirrus driven by Ruben Cortez. CBP officers escorted Defendant, occupants, and vehicle to secondary for further inspection.

Defendant was queried by fingerprint and photograph through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported alien.

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant is a citizen of Mexico with no legal documents to enter the United States. CIS and DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about March 17, 2008. Immigration service records also indicated no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

Executed on this 25th day of **July, 2008** at **1700** hours.

_____
Sergio Barron / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) pages, I find probable cause to believe that the defendant named therein committed the offenses on **July 25, 2008** in violation of Title 8, United States Code, Section 1326.

July 26, 2008
1:22 PM